IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IBANGA ETUK, ) | | |
| #A-214829437 ) | | |
|     Petitioner, ) | | |
| ) | | |
| vs. ) | No. 3:24-CV-02640-B (BT) | |
| ) | | |
| PAM BONDI, ET AL. ) | | |
|     Respondents. ) | Referred to U.S. Magistrate Judge | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court. By separate judgment, the petitioner's habeas petition will be dismissed. The petitioner's pending motions (Docs. 5, 17) are **DENIED** for the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The petitioner does not need a certificate of appealability to appeal the denial of a habeas petition under 28 U.S.C. § 2241.

    SIGNED this 10th day of JULY, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE